UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTHELLO C.M. JOHNSON, | No. 2:17-cv-00666-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| ANNE MARIE SCHUBERT, et al., | |
| Defendants. | |

Plaintiff seeks an extension of time to comply with this court's order providing him 30 days to file a complaint that complies with the Federal Rules of Civil Procedure or face dismissal of the case for failure to prosecute. ECF No. 3. The court received plaintiff's request after the previously ordered deadline had expired, and after the undersigned had submitted a report and recommendation to the district judge in this matter recommending dismissal. ECF Nos. 4 and 5. The court cautions plaintiff that motions to extend time filed on or after the deadline at issue are disfavored. Local Rule 144(d).

Because this is plaintiff's first request for an extension, and because plaintiff shows good cause, the motion to extend time is GRANTED. Plaintiff has 30 days from the date of this order to file his amended complaint. The findings and recommendations at ECF No. 4 are hereby

////

////

1

withdrawn.  If plaintiff fails to timely comply with this order, the undersigned may recommend that this action be dismissed.

      IT IS SO ORDERED.

DATED: July 17, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE